The order below is hereby signed.

Signed: August 7 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                )         Case No. 23-182-ELG
                                      )         (Chapter 11)
BOX OUT STUDIO, LLC                   )
                                      )
        Debtor.                       )

## ORDER DISMISSING CASE

Upon consideration of the Motion to Dismiss Case (the "Motion," as found at DE #11) filed by bOx Out Studio, LLC, the arguments set forth therein, governing law, and the record in this case, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the above-captioned bankruptcy proceeding be, and hereby is, DISMISSED.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Proposed Counsel for the Debtor*