UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA
WASHINGTON DC

In re:  | Case No. 23-00182-ELG

BOX OUT STUDIO, LLC

Debtor

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Jolene E. Wee, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00.  The case was dismissed with no plan confirmed and no plan payments made to the trustee.  Pursuant to 11 U.S.C. § 330(a), on 8/2/2023 the Court ordered compensation of $2,000.00 be awarded to the trustee.  These funds were paid by the debtor to the trustee on 8/8/2023.  I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of dismissal.  I request that I be discharged from any further duties as trustee.

Date:  8/8/2023                    By:  /s/Jolene E. Wee
                                                   Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR B**