## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re:

BOX OUT STUDIO, LLC

Debtor.

Chapter 11 (Subchapter V)

Case No. 23-00182-ELG

## ORDER DISCHARGING SUBCHAPTER V TRUSTEE IN
## DISMISSED CASE

**WHEREAS,** on July 27, 2023, counsel for the debtor filed a Motion to Dismiss Case (the "Motion"); and

**WHEREAS,** on July 31, 2023, a hearing was held on the Motion and the Court granted the Motion; and

**WHEREAS,** on August 8, 2023, Jolene E. Wee ("Subchapter V Trustee") filed her report of no distribution and requests to be discharged as Subchapter V Trustee in this proceeding;

**NOW, THEREFORE,** in consideration of all the facts and circumstances herein and it appearing that no further additional notice being required, it is hereby

**ORDERED,** that Jolene E. Wee as Subchapter V Trustee of the above captioned estate be and hereby is discharged.

**IT IS SO ORDERED.**

2

| **I ASK FOR THIS:** | **SEEN AND NO OBJECTION:** |
|---|---|
| */s/ Jolene E. Wee* | */s/ Michael T. Freeman, Esq* |
| Jolene E. Wee | Michael T. Freeman, Esq |
| JW Infinity Consulting, LLC | Office of the U.S. Trustee |
| 447 Broadway Street 2nd FL #502 | 1725 Duke St. Suite 650 |
| New York, NY 10013 | Alexandria, VA 22314 |
| (929) 502-7715 | (703) 557-7274 |
| jwee@jw-infinity.com | Michael.T.Freeman@usdoj.gov |
| *Subchapter V Trustee* | *Assistant U.S. Trustee* |