The order below is hereby signed.

Signed: August 8 2023



*Elizabeth L. Gunn*
*U.S. Bankruptcy Judge*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re:

BOX OUT STUDIO, LLC

                                         Debtor.

Chapter 11 (Subchapter V)

Case No. 23-00182-ELG

## ORDER DISCHARGING SUBCHAPTER V TRUSTEE IN
## DISMISSED CASE

**WHEREAS,** on July 27, 2023, counsel for the debtor filed a Motion to Dismiss Case (the "Motion"); and

**WHEREAS,** on July 31, 2023, a hearing was held on the Motion and the Court granted the Motion; and

**WHEREAS,** on August 8, 2023, Jolene E. Wee ("Subchapter V Trustee") filed her report of no distribution and requests to be discharged as Subchapter V Trustee in this proceeding;

**NOW, THEREFORE,** in consideration of all the facts and circumstances herein and it appearing that no further additional notice being required, it is hereby

**ORDERED,** that Jolene E. Wee as Subchapter V Trustee of the above captioned estate be and hereby is discharged.

**IT IS SO ORDERED.**

**I ASK FOR THIS:**

*/s/ Jolene E. Wee*
Jolene E. Wee
JW Infinity Consulting, LLC
447 Broadway Street 2nd FL #502
New York, NY 10013
(929) 502-7715
jwee@jw-infinity.com
*Subchapter V Trustee*

**SEEN AND NO OBJECTION:**

*/s/ Michael T. Freeman, Esq*
Michael T. Freeman, Esq
Office of the U.S. Trustee
1725 Duke St. Suite 650
Alexandria, VA 22314
(703) 557-7274
Michael.T.Freeman@usdoj.gov
*Assistant U.S. Trustee*

2