The order below is hereby signed.

Signed: August 7 2023



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-182-ELG |
| | ) | (Chapter 11) |
| BOX OUT STUDIO, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER DISMISSING CASE**

Upon consideration of the Motion to Dismiss Case (the "Motion," as found at DE #11) filed by bOx Out Studio, LLC, the arguments set forth therein, governing law, and the record in this case, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the above-captioned bankruptcy proceeding be, and hereby is, DISMISSED.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Proposed Counsel for the Debtor*

United States Bankruptcy Court

District of Columbia

In re:                                                                                                          Case No. 23-00182-ELG
bOx Out Studio, LLC                                                                                             Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                        User: admin                                                  Page 1 of 3
Date Rcvd: Aug 07, 2023                     Form ID: pdf001                                              Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | bOx Out Studio, LLC, 2213 10th St NW, Washington, DC 20001-4011 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| cr | + | Fay Servicing, LLC, servicer for, Civic Real Estat, 1099 Winterson Road Ste. 301, Linthicum Heights, MD 21090-2279 |
| 769353 | + | Andrae L. Brown and Latrice Johnson, 5002 4th St NW, Washington, DC 20011-6105 |
| 769354 | + | Ashtan Moore and Joy Shanaberger, 2213 10th St., NW Apt. 2, Washington, DC 20001-4011 |
| 769813 | | Bank of America, N.A., PO BOX 15312, Wilmington, DE 19850-5312 |
| 769356 | + | Christianna Kersey, Cohn, Goldberg & Deutsch, 1099 Winterson Road Suite 301, Linthicum Heights, MD 21090-2279 |
| 769357 | + | Civic Real Estate Holdings III, LLC, 2015 Manhattan Beach Blvd. Suite 106, Redondo Beach, CA 90278-1230 |
| 769358 | + | Creating Creditor 2 Customer Solutions, 1455 Lincoln Parkway East Suite 550, Atlanta, GA 30346-2288 |
| 769360 | + | DeVere Insulation Company, PO Box 45764, Baltimore, MD 21297-5764 |
| 769932 | + | DeVere Insulation Company, 7501 Resource Court, Baltimore MD 21226-1763 |
| 769363 | + | Joanne Pinkston, 2213 10th St, NW Unit 1, Washington, DC 20001-4011 |
| 769364 | + | Kathleen Young, Cohn, Goldberg & Deutsch, 1099 Winterson Road Suite 301, Linthicum Heights, MD 21090-2279 |
| 769365 | + | Kevin Hildebeidel, Esq., Cohn, Goldberg & Deutsch, LLC, 1099 Winterson Road Suite 301, Linthicum Heights, MD 21090-2279 |
| 769366 | + | Kyle Blackstone, Cohn, Goldberg & Deutsch, 1099 Winterson Road Suite 301, Linthicum Heights, MD 21090-2279 |
| 769367 | + | Michael McKeefery, Cohn, Goldberg & Deutsch, 1099 Winterson Road Suite 301, Linthicum Heights, MD 21090-2279 |
| 769368 | + | Richard E. Solomon, Cohn, Goldberg & Deutsch, 1099 Winterson Road Suite 301, Linthicum Heights, MD 21090-2279 |
| 769369 | + | Richard J. Rogers, Cohn, Goldberg & Deutsch, 1099 Winterson Road Suite 301, Linthicum Heights, MD 21090-2279 |
| 769370 | + | Russell S. Drazin, Esq., Pardo & Drazin, LLC, 4400 Jenifer Street, NW Suite 2, Washington, DC 20015-2089 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Aug 07 2023 21:45:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Aug 07 2023 21:40:53 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Aug 07 2023 21:40:53 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: karen.brown@treasury.gov | Aug 07 2023 21:45:00 | Secretary of the Treasury, 15th and Pennsylvania Avenue, NW, Washington, DC 20220-0001 |
| smg | | Email/Text: atlreorg@sec.gov | Aug 07 2023 21:45:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Aug 07 2023 21:45:00 | U.S. Attorney's Office, Civil Division, 601 D |

| District/off: 0090-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 07, 2023 | Form ID: pdf001 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Street, NW, Washington, DC 20530-0034 |
| 769355 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 07 2023 21:45:00 | Bank of America, N.A., Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 769704 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 07 2023 21:45:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 769359 | + | Email/Text: angela.coleman@dc.gov | Aug 07 2023 21:45:00 | DC Office of Tax and Revenue, 1101 4th St., SW #270, Washington, DC 20024-4457 |
| 769361 | | Email/Text: ECF@fayservicing.com | Aug 07 2023 21:45:00 | Fay Servicing, LLC, 5426 Bay Center Drive Suite 300, Tampa, FL 33609 |
| 769362 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 07 2023 21:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 769371 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 07 2023 21:45:00 | U.S. Bank National Association, Trustee for Spartan Funding I Trust, 60 Livingston Avenue, Saint Paul, MN 55107 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2023         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jolene E Wee | jwee@jw-infinity.com cjew11@trustesolutions.net |
| Jolene E Wee | on behalf of Trustee Jolene E Wee jwee@jw-infinity.com cjew11@trustesolutions.net |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession bOx Out Studio  LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov paula.f.blades@usdoj.gov;robert.w.ours@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 07, 2023 | Form ID: pdf001 | Total Noticed: 31 |

Richard J. Rogers
    on behalf of Creditor Fay Servicing  LLC, servicer for, Civic Real Estate Holdings III, LLC rrogers@cgd-law.com, bdoane@cgd-law.com;bankruptcyECF@cgd-law.com

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 7